1  Michael H. Steinberg (SBN 134179)
   steinbergm@sullcrom.com
2  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East, Suite 2100
3  Los Angeles, California 90067-1725
   Telephone: (310) 712-6600
4  Facsimile: (310) 712-8800

5  Laura K. Oswell (SBN 241281)
   oswelll@sullcrom.com
6  Sverker K. Hogberg (SBN 244640)
   hogbergs@sullcrom.com
7  **SULLIVAN & CROMWELL LLP**
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Telephone: (650) 461-5600
9  Facsimile: (650) 461-5700

10 *Attorneys for Defendant*
   *Volkswagen Group of America, Inc.*
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA BRADBURN, | Case No. 3:16-CV-04369-CRB |
| Plaintiff, | **STIPULATION TO REMAND** |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC.; and DOES ONE through TEN, | |
| Defendants. | |

Plaintiff Rhonda Bradburn ("Plaintiff") and Defendant Volkswagen Group of America, Inc. ("VWGoA") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 13, 2016, Plaintiff filed the original Complaint in Sacramento County Superior Court. Plaintiff's claims arose from alleged defects with sunroof, fuel system, transmission, engine, battery and emissions system in the vehicle purchased by Plaintiff. The Complaint alleged that VWGoA failed to repair the vehicle or to make it conform with its warranties or representations concerning the vehicle;

WHEREAS, on or about July 14, 2016, Defendants removed the case to the United States District Court for the Eastern District of California;

WHEREAS, on or about August 2, 2016, this action was transferred to the federal multidistrict litigation pending in front of Judge Charles Breyer in the United States District Court for the Northern District of California in In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, Case No. 3:15-md-02672-CRB (MDL No. 2672) ("the MDL");

WHEREAS, Plaintiff has agreed, upon remand, to dismiss all emissions-related causes of action and not to further amend his complaint to add any emissions-related causes of action;

WHEREAS, in light of the above agreement, the parties now agree that this action should be remanded to Sacramento Superior Court for further adjudication;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant, that the Bradburn action should be remanded immediately to Sacramento Superior Court.

Pursuant to Local Rule 5-1(i)(3), I, Laura K. Oswell, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 12, 2016

/s/ Laura K. Oswell
Michael H. Steinberg (SBN 134179)
steinbergm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura K. Oswell (SBN 241281)
oswelll@sullcrom.com
Sverker K. Hogberg (SBN 244640)
hogbergs@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

*Attorneys for Defendant*
*Volkswagen Group of America, Inc.*

Dated: October 12, 2016

/s/ Ryan Gomez
Jon P. Jacobs (SBN 205245)
Ryan H. Gomez (SBN 305208)
**LAW OFFICES OF JON JACOBS**
3031 Stanford Ranch Rd., #2-150
Rocklin, CA 95765
Tel.: (916) 663-6400
Fax: (916) 663-6500

*Attorneys for Plaintiff*
*Rhonda Bradburn*

November 3, 2016

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-